## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JENNIFER BEAUFORD, et al.                                                          PLAINTIFFS

v.                         NO. 4:12CV00139 JLH

ACTIONLINK, LLC                                                                     DEFENDANT

## **ORDER**

The motion for admission *pro hac vice* filed on behalf of Joe Weiner is GRANTED. Document #19. Joe Weiner is hereby admitted to appear before this Court as co-counsel for the defendant in this action.

IT IS SO ORDERED this 6th day of April, 2012.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE