**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JENNIFER BEAUFORD, DAVID CAFFEY,                                                                   PLAINTIFFS
STEVE COX, ELAINA GRAUER,
RICHARD S. LEVIS, RICHARD NEIDERT,
JILL PATE, RENA SANDOVAL, JR.,
and CHERYL SONGSTER, individually and on
behalf of others similarly situated

v.                                         NO. 4:12CV00139 JLH

ACTIONLINK, LLC                                                                                                             DEFENDANT

**ORDER**

The plaintiffs have filed a motion for approval of notice and consent to join collective action. The defendant has responded stating that it does not oppose conditional certification of a collective action of employees who allegedly were misclassified and who held the position of brand advocate or hybrid brand advocate, are now or previously were assigned to ActionLink's LG Slingshot program, and were classified by ActionLink as exempt from the FLSA's overtime provisions. The defendant also objects to certain language in a proposed notice and consent and has submitted its own proposed notice and consent. The plaintiffs have replied and in their reply have adopted some but not all of the provisions in the defendant's proposed notice and consent that were not in their original proposals.

Having reviewed all of the papers submitted by the parties on this issue, the Court has concluded that the proposed notice and consent submitted by the plaintiffs has Exhibits 1 and 2 to their reply brief meets the requirements of the law. The notice is neutral in tone and is approved. The defendant must provide the names and last known mailing addresses of all employees who are within the definition of the collective action as stated in Exhibit 1 to plaintiffs' reply within thirty (30) days

from the entry of this Order. The deadline for filing consents to join the collective action will be February 7, 2013. Plaintiffs' motion for approval of notice and consent to join collective action is therefore GRANTED. Document #40.

    IT IS SO ORDERED this 9th day of November, 2012.

                                        *J. Leon Holmes*

                                        J. LEON HOLMES
                                        UNITED STATES DISTRICT JUDGE