## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JENNIFER BEAUFORD, et al.,                                          PLAINTIFFS
individually and on behalf of
others similarly situated

v.                                        NO. 4:12CV00139 JLH

ACTIONLINK, LLC                                                     DEFENDANT

### JUDGMENT

  Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of

the thirty-nine prevailing plaintiffs against ActionLink, LLC, for attorneys' fees, costs, and expenses,

in the total amount of $196,848.72 plus post-judgment interest to accrue at the rate of 0.13% per

annum from the date of this Judgment until the Judgment is satisfied, for all of which garnishment and

execution may issue.

  IT IS SO ORDERED this 15th day of January, 2014.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE