**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JENNIFER BEAUFORD, et al.,                                              PLAINTIFFS
individually and on behalf of
others similarly situated

v.                                        NO. 4:12CV00139 JLH

ACTIONLINK, LLC                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of Karl Adams,

Samvel Davtyan, John Demian, Ryan Okimoto, Janette Reynolds, and Carolee Sabala for attorneys'

fees and costs of the action in the total amount of $71,754.47 plus post-judgment interest to accrue

at the rate of 0.58% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 22nd day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE