IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JENNIFER BEAUFORD, et al., individually and on behalf of others similarly situated | PLAINTIFFS |
| v.   NO. 4:12CV00139 JLH | |
| ACTIONLINK, LLC | DEFENDANT |
| U.S. BANK | GARNISHEE |

## ORDER

The plaintiffs' motion for entry of judgment against U.S. Bank is GRANTED. Document #213. Judgment is entered in favor of the plaintiffs against U.S. Bank in the amount of $6,304.70. The Court orders U.S. Bank to distribute the funds to Holleman & Associates, P.A.

IT IS SO ORDERED this 7th day of November, 2017.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE